IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANESHA DEXTER**                                                                                        **PLAINTIFF**

v.                       **CASE NO. 4:21-CV-00291-BSM**

**UNIVERSITY OF CENTRAL ARKANSAS,**
Music Department                                                       **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 20th day of April, 2021.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE